United States Bankruptcy Court
Northern District of Illinois

In Re: )
)           Case No.:
)
)           Chapter:
)
Debtor(s) )           Date Filed:
)
)

**NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED**

To:

Notice is hereby given that document(s) are deficient for one or more of the following reasons:

**RETURN CHECK /MONEY ORDER/CASHIER'S CHECK**

    Unsigned

    Debtor(s) or Company check unacceptable

    No fee is required

    Other:

---

**NEW BANKRUPTCY CASE**

We were unable to process your case because the following documents are missing and required at case opening:

    Voluntary Petition (Official Form 1 - 1st 3 pages)

    Statement of Social Security Number (Official Form 21)

    List of Name and Addresses of All Creditors

    Missing Signature(s)

    No form of payment (one of the following is required)
- Full Filing Fee
- Application/Order for Individuals to Pay the Filing Fee in Installments (Official Form B3A)
- Application/Order to Have the Chapter 7 Filing Fee Waived (Official Form B3B)

Other:

In Re:                                                                                                                    Case No.

## NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED

**APPLICATION FOR INDIVIDUALS TO PAY THE FILING FEE IN INSTALLMENTS**[1]

The Application for Individuals to Pay the Filing Fee in Installments, filed on 00/00/00 is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application for Individuals to Pay the Filing Fee in Installments

    Part 1:1 – Incorrect chapter selected. Please check the appropriate box

    Part 1:2 – Amounts are missing or does not equal the entire fee for the chapter you checked in line 1

    Part 1:2 – Dates are missing or incomplete

    Part 1:2 – Total does not equal the entire fee for the chapter you checked in line 1

    Part 2    – Missing signature(s)/Date(s)

    Other:

**APPLICATION TO HAVE THE CHAPTER 7 FILING FEE WAIVED**

The Application to Have the Chapter 7 Filing Fee Waived for Individuals to Pay the Filing Fee in Installments, filed on 00/00/00 is deficient for one or more of the following reasons. Please submit as an **AMENDED** Application to Have the Chapter 7 Filing Fee Waived.

    Missing Signature(s)

    Other:

**ADVERSARY PROCEEDING**

    Alias Summons:

    Amended Complaint:

    Adversary Proceeding Coversheet:

    Amended Adversary Proceeding Coversheet:

    Other:

---

[1] The Amended Application must be filed within 10 days of the date of this Notice.

In Re:                                                                                           Case No.

**NOTICE OF DEFICIENCY AND/OR CORRECTION(S) REQUIRED**

---

**RETURNED DOCUMENT(S) – REQUEST FOR ADDITIONAL INFORMATION**

In order to properly process your document(s), additional information is needed:

    Case number and case name does not match our records. Please verify the correct case number and/or case name.

    Case number is not listed on the document. Please provide the case number.

    Please fill out the attached Proof of Claim form.

    Other:

---

**ADDITIONAL CORRECTIONS REQUIRED** – Please make all necessary corrections to the document(s) listed below. Include **AMENDED** on the document(s).

    Amended Petition to Correct:

    Motion to Redact and Proposed Order[2]

---

[2] A motion to redact personal information prohibited under Fed.R. Bankr. P. 9037(A) should be filed without notice of motion and without serving other parties. The motion must be accompanied by a redacted version of the filed document and a proposed order requiring the clerk to substitute the redacted document for the unredacted document. A proposed order can be found on the courts website http://www.ilnb.uscourts.gov under Forms/Local Bankruptcy Forms titled Order to Redact. We are attaching a sample of the order.

---

Include the name of the debtor/joint debtor, the case number, the signature of the debtor/joint debtor on all required documents. If applicable, include the signature of the attorney representing the debtor/joint debtor.

    **PAYMENT REQUIRED** – Please include a cashier's check or money order payable to **Clerk, U. S. Bankruptcy Court**

    Please mail the required document(s) or payment listed above, including this Notice to my attention at:

Date:                                                    Deputy Clerk    _____

                                               Contact Number    _____